UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GOMES REYNALDO, | No. 2:15-cv-2182 KJM DB P |
| Petitioner, | |
| v. | ORDER TO SHOW CAUSE |
| A. ARNOLD, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 2, 2016, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's June 2, 2016 motion to dismiss should not be granted.

Dated: August 12, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

/DDB7/Reynaldo2182.46.hab