UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALFONSO GOMES REYNALDO, | No. 2:15-cv-2182 KJM DB P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| A. ARNOLD, Warden, | |
| Respondent. | |

Petitioner has requested an extension of time to file a response to the order to show cause filed on August 15, 2016. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner has failed to show good cause for the sixty day extension of time he requested. Therefore, petitioner's request for an extension of time (ECF No. 18) is granted in part.

2. Petitioner shall file and serve a response to the order to show cause within thirty (30) days from the filed date of this order.

Dated: August 30, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

1
2  DLB:9
   DLB1/prisoner-habeas/reyn2182.111
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28