UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GOMES REYNALDO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. ARNOLD,<br><br>　　　　　Respondent. | No. 2:15-cv-2182 KJM DB P<br><br><br>FINDINGS & RECOMMENDATIONS |

　　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus under 28 U.S.C. § 2254. On June 2, 2016, respondent moved to dismiss the petition on the grounds that it is untimely and petitioner failed to exhaust his state remedies. (ECF No. 14.) On August 15, 2016, petitioner was ordered to show cause why this action should not be dismissed for his failure to respond to the June 2 motion. (ECF No. 17.) On August 25, petitioner moved for a 60-day extension of time to respond to the motion. (ECF No. 18.) On August 30, the court granted petitioner a 30-day extension of time. (ECF No. 19.) The thirty days has expired and petitioner has not filed an opposition to the motion to dismiss or otherwise responded to the court's August 30 order.

　　　　Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

////

1

the granting of the motion . . . ."  In addition, Federal Rule of Civil Procedure 41(b) permits a court to dismiss an action for failure to comply with any order of the court.

Petitioner has had four months to respond to respondent's motion to dismiss, but has failed to do so.  The court finds dismissal without prejudice appropriate under Rule 41(b).

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 7, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/Reyn2182.46fr

2