1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ALFONSO GOMES REYNALDO,                    No.  2:15-cv-2182 KJM DB P

12                      Petitioner,

13         v.                                   ORDER

14   A. ARNOLD,

15                      Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as

19   provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 17, 2017, the magistrate judge filed findings and recommendations, which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23   objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court

26   finds the findings and recommendations to be supported by the record and by proper analysis.

27   /////

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed February 17, 2017, are adopted in full;

3    2.  Respondent's motion to dismiss (ECF No. 14) is denied without prejudice;

4    3.  Petitioner's motion for stay and abeyance (ECF No. 20) is denied without prejudice;

5    4.  Petitioner shall file, within thirty days of the date of service of this order, a brief

6   addressing respondent's argument that petitioner's sentence is nineteen years to life, not four

7   years as alleged in the petition; and

8    5.  This matter is referred back to the Magistrate Judge for further proceedings.

9   DATED:  March 20, 2017

10

11   _____
     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28