UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GOMES REYNALDO,<br><br>                    Petitioner,<br><br>     v.<br><br>A. ARNOLD, Warden,<br><br>                    Respondent. | No. 2:15-cv-2182 KJM DB P<br><br><br>ORDER |

Petitioner has requested an extension of time to file objections to the September 11, 2017, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 40) is granted; and

    2. Petitioner shall file his objections to the findings and recommendations within thirty days from the date of this order. Respondent's reply, if any, shall be filed within seven days thereafter.

DATED: September 21, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/reyn2182.111(2)

1